# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | § | Case No. **08-12271-BP** |
| | § | |
| **Burdick, Bradley Jerome** | § | Chapter 7 |
| | § | |
| | § | Judge: **Perlman** |
| Debtor(s). | § | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.02 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Sacko Heating & Cooling<br>P.O. Box 141242, Cincinnati, Ohio 45250 | 9 | 4.67 |
| US Bank/Retail Payment Solutions<br>P.O. Box 5229, Cincinnati, Ohio 45201 | 10 | 0.22 |
| VERIZON WIRELESS<br>P.O. Box 3397, Bloomington, Il. 61701 | 23 | 1.13 |

Dated:   11/20/09                          /s/ Harold Jarnicki
                                            Case Trustee

cc:   U.S. Trustee
      Sacko Heating & Cooling, P.O. Box 141242, Cincinnati, Ohio 45250
      US Bank/Retail Payment Solutions, P.O. Box 5229, Cincinnati, Ohio 45201
      Verizon Wireless, P.O. Box 3397, Bloomington, Il. 61701